**ELECTRONIC RECORD**

COA #   05-13-00478-CR          OFFENSE:   29.03

STYLE:   Valentin Junior Hernandez v. The
State of Texas                  COUNTY:   Dallas

COA DISPOSITION:   AFFIRM       TRIAL COURT:   Criminal District Court No. 1

DATE: 2/03/2015         Publish: NO   TC CASE #:   F-1261625-H


**IN THE COURT OF CRIMINAL APPEALS**

*246-15*
*247-15*

STYLE:   Valentin Junior Hernandez v. The
State of Texas                  CCA #:   *246-15*
                                          *247-15*

____APPELLANT'S____ Petition     CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:   DATE: _____

__Refused__                      JUDGE: _____

DATE: __05/13/2015__             SIGNED: _____     PC: _____

JUDGE: __Per Curiam__            PUBLISH: _____    DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____